# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| RODNEY RENEE HUNTER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. CIV-10-0320-F |
| JIM KEITH, Warden, | ) | |
| Respondent. | ) | |

## ORDER

The Report and Recommendation of the magistrate judge (doc. no. 8) in this habeas action recommends: denial of the motion to proceed *in forma pauperis* (doc. no. 7), an order requiring payment of the filing fee within twenty-one days, and dismissal of this action without prejudice if the fee is not timely paid or if good cause for the failure to do so is not shown. No objection was filed to the Report and Recommendation, and petitioner has now paid the filing fee (Receipt, doc. no. 9). Accordingly, the Report and Recommendation is **ADOPTED** and the motion for *in forma pauperis* status is **DENIED**, although the *in forma pauperis* issue is now moot as the initial filing fee has been paid. This action is referred back to the magistrate judge per the terms of the original referral.

Dated this 21st day of May, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0320p002.wpd