# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODNEY RENEE HUNTER, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-10-0320-F |
| JIM KEITH, | ) |
| Respondent. | ) |

## ORDER

This action seeks habeas relief. Respondent argues that one of the habeas claims is unexhausted and urges dismissal of this action. Magistrate Judge Robert E. Bacharach entered his Report and Recommendation (doc. no.19) on September 7, 2010. Neither party has objected to the recommendations contained in that Report.

Upon review, the court finds that it agrees with the recommendation of the Magistrate Judge and that no purpose would be served by any further elaboration of the issues here.

Accordingly, the recommendation of the Magistrate Judge is **ACCEPTED**, **ADOPTED** and **AFFIRMED** in its entirety.

An administrative closing order is hereby **ENTERED** for an indefinite period of time. The Report and Recommendation proposed that this court direct petitioner to file a notice with the court clerk of this court, within thirty days, showing that he has initiated post-conviction proceedings on his unexhausted claim. The court hereby so orders, and notes petitioner's recent filing at doc. no. 20. Once the Oklahoma Court of Criminal Appeals enters a final disposition, and if petitioner is unable to obtain relief in state court, then petitioner shall have fourteen days to move to reopen

the present action. If petitioner fails to timely comply with these requirements, this court will dismiss this action without prejudice.

Dated this 8th day of October, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0320p003.wpd